# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1232**

**CAF 13-00878**

PRESENT: SCUDDER, P.J., CENTRA, LINDLEY, SCONIERS, AND VALENTINO, JJ.

---

IN THE MATTER OF SCOTT M. FANCHER, PETITIONER,

V                                                 MEMORANDUM AND ORDER

MARY L. KESSLER, RESPONDENT-RESPONDENT.
--------------------------------------------------
SCOTT A. OTIS, ATTORNEY FOR THE CHILDREN,
APPELLANT.
(APPEAL NO. 7.)

---

SCOTT A. OTIS, WATERTOWN, APPELLANT PRO SE.

SCOTT M. FANCHER, PETITIONER PRO SE.

MARY L. KESSLER, RESPONDENT-RESPONDENT PRO SE.

---

    Appeal from an order of the Family Court, Jefferson County (Peter A. Schwerzmann, A.J.), entered September 11, 2012 in a proceeding pursuant to Family Court Act article 6.  The order dismissed the petition for custody and transfer accepted.

    It is hereby ORDERED that said appeal is unanimously dismissed without costs.

    Same Memorandum as in *Matter of Kessler v Fancher* ([appeal No. 2] ___ AD3d ___ [Dec. 27, 2013]).

Entered:  December 27, 2013                    Frances E. Cafarell
                                               Clerk of the Court